*Noel et al., Petitioners, v. City of Lakewood et al., Respondents*, No. 93956-0. Petition for review of a decision of the Court of Appeals, No. 48098-1-II, November 22, 2016, 196 Wn. App. 1070. *Denied* March 29, 2017.

*State, Respondent, v. Jerue, Petitioner*, No. 93960-8. Petition for review of a decision of the Court of Appeals, No. 74027-0-I, November 14, 2016, 196 Wn. App. 1057. *Denied* March 29, 2017.

*State, Respondent, v. House, Petitioner*, No. 93961-6. Petition for review of a decision of the Court of Appeals, No. 75641-9-I, November 21, 2016, 196 Wn. App. 1068. *Denied* March 29, 2017.

*State, Respondent, v. Garcia, Petitioner*, No. 93962-4. Petition for review of a decision of the Court of Appeals, No. 73740-6-I, November 21, 2016, 196 Wn. App. 1066. *Denied* March 29, 2017.

*Durland et al., Petitioners, v. San Juan County et al., Respondents*, No. 93963-2. Petition for review of a decision of the Court of Appeals, No. 74039-3-I, September 12, 2016, 195 Wn. App. 1061. *Denied* March 29, 2017.

*State, Respondent, v. Randmel, Petitioner*, No. 93965-9. Petition for review of a decision of the Court of Appeals, No. 73531-4-I, November 14, 2016, 196 Wn. App. 1055. *Denied* March 29, 2017.

*State, Respondent, v. Ingalls, Petitioner*, No. 93966-7. Petition for review of a decision of the Court of Appeals, No. 73720-1-I, November 7, 2016, 196 Wn. App. 1049. *Denied* March 29, 2017.

*State, Respondent, v. Medina, Petitioner*, No. 93969-1. Petition for review of a decision of the Court of Appeals, No. 48053-1-II, November 8, 2016, 196 Wn. App. 1054. *Denied* March 29, 2017.